UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIE W.,[1]<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 4:21-cv-00495-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by United States Magistrate Raymond E. Patricco (Dkt. 22). On November 2, 2017, Plaintiff filed applications for Title II Social Security Disability Insurance benefits and Title XVI Supplemental Security Income, alleging disability beginning November 5, 2015. This application was originally denied on December 22, 2017, and again on reconsideration on March 12, 2018.

On August 19, 2019, ALJ Lyle Olson held a video hearing. After considering testimony from Plaintiff and a vocational expert, on October 30, 2019, the ALJ issued a decision denying Plaintiff's claims and finding that he was not

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

disabled within the meaning of the Social Security Act. Plaintiff timely requested review and, on January 25, 2021, the Appeals Council denied Plaintiff's Request for Review, making the ALJ's decision the final decision of the Commissioner of Social Security.

Plaintiff filed this action seeking judicial review of the ALJ's decision. On March 2, 2023, United States Magistrate Judge Raymond E. Patricco issued a Report and Recommendation in this matter. Dkt. 22. Pursuant to the statute, Judge Patricco gave the parties time to file written objections to the Report and Recommendation. *See* 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on March 2, 2023 (Dkt. 22) is INCORPORATED and ADOPTED in its entirety.

2. The Petition is **GRANTED** to the extent the Court will **REVERSE** and **REMAND** this matter for further administrative proceedings as specified in the Report and Recommendation. *See* Dkt. 22.

3. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: March 17, 2023

B. Lynn Winmill
U.S. District Court Judge